UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL ALBEE, individually and derivatively on behalf of Aromatic Fusion, Inc.<br><br>Plaintiff,<br><br>v.<br><br>ERIC ALBEE<br>and<br>WHITE BEAR TRADING COMPANY<br><br>Defendants<br><br>and<br><br>AROMATIC FUSION, INC.<br><br>Nominal Defendant. | CIVIL ACTION<br><br>NO. 2:21-cv-03984 |
| AROMATIC FUSION INC.<br>and<br>WHITE BEAR TRADING COMPANY,<br><br>Third-Party Plaintiffs<br><br>v.<br><br>MARY ANN ALBEE,<br>SANDRA ALBEE KEELEY,<br>and P3n TECHNOLOGY INC.<br><br>Third-Party Defendants | |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff/Counterclaim Defendant Paul Albee and Third-Party Defendants Mary

Ann Albee, Sandra Albee Keeley and P3n Technology, Inc.'s Motion to Dismiss Counterclaim and Third-Party Complaint, and Defendant/Third-Party Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED and the Counterclaim and Third-Party Complaint are dismissed with prejudice.

SO ORDERED:

_____<br>Hon. Petrese B. Tucker, U.S.D.J.

P3n Technology, Inc., by their attorneys Semanoff Ormsby Greenberg & Torchia, LLC, hereby move to dismiss the Counterclaim and Third-Party Complaint due to their legal insufficiency pursuant to Federal Civil Rule of Civil Procedure 12(b)(6).

                                            SEMANOFF ORMSBY
                                              GREENBERG & TORCHIA, LLC

BY: _____
        MICHAEL J. TORCHIA, ESQUIRE
        STEPHEN C. GOLDBLUM, ESQUIRE
        2617 Huntingdon Pike
        Huntingdon Valley, PA 19006
        (215) 887-0200
        mtorchia@sogtlaw.com
        sgoldblum@sogtlaw.com

        *Attorneys for Plaintiff Paul Albee*
        *and Third-Party Defendants Mary Ann Albee,*
        *Sandra Albee Keeley and P3n Technology, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below service of a true and correct copy of the attached Motion to Dismiss Counterclaim and Third-Party Complaint was made via ECF notification and email to the following:

> Alan B. Epstein, Esquire
> Jennifer Myers Chalal, Esquire
> Spector Gadon Rosen Vinci, P.C.
> 1635 Market Street, 7th Floor
> Philadelphia, PA 19103
> aepstein@lawsgr.com
> myers@sgrvlaw.com
> *Attorney for Defendants*
> *and Third-Party Plaintiffs*

_____
STEPHEN C. GOLDBLUM, ESQUIRE

DATED: December 20, 2021