IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL ALBEE, Individually and Derivatively on behalf of Aromatic Fusion, Inc. | : <br> : <br> : CIVIL ACTION <br> : |
| v. | : <br> : NO. 21-3984 |
| ERIC ALBEE, WHITE BEAR TRADING COMPANY and AROMATIC FUSION, INC., | : <br> : <br> : |

## ORDER

AND NOW, this 19th day of July, 2022, upon consideration of the Motion of Plaintiff/Counterclaim-Defendant Paul Albee and Third-Party Defendants Mary Ann Albee, Sandra Albee Keeley and P3n Technology, Inc. to Dismiss the Counterclaim and Third-Party Complaint of Defendant Eric Albee (Document No. 30), and Eric Albee's Response in opposition, it is hereby ORDERED that the Motion to Dismiss is GRANTED for the reasons outlined in the accompanying Memorandum, and Eric Albee's Counterclaim and Third-Party Complaint are DISMISSED with leave to file an Amended Counterclaim and Third-Party Complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.